| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| SIMON GREENSTONE PANATIER, PC<br>Leah C. Kagan, Esq.<br>1201 Elm Street, Suite 3400<br>Dallas, TX 75270<br>Email: LKagan@sgptrial.com<br>(214) 276-7680<br>(214) 276-7699<br>Attorneys for Plaintiffs<br><br>**SZAFERMAN, LAKIND,<br>BLUMSTEIN & BLADER, P.C.**<br>Arnold C. Lakind, Esq.<br>101 Grovers Mill Road, Suite 200<br>Lawrenceville, N.J. 08648<br>Email: ALakind@szaferman.com<br>Telephone: (609) 275-0400<br>Fax: (609) 275-4511 | Case No. 19-01583-KCF<br><br>Lead Case No: 19-10289-LSS |
| In Re:<br>**Imerys Talc America, Inc.** | Chapter 11 |
| JAMES D. HUFF, Individually and as Administrator and Administrator ad Prosequendum of the Estate of **LINDA KAY HUFF**, Deceased,<br><br><br>Plaintiffs,<br><br>v.<br><br><br>ARKEMA, INC. f/k/a PENNWALT CORPORATION and ELF ATOCHEM NORTH AMERICA, INC. (sued individually and as successor-by-merger to WALLACE & TIERNAN d/b/a WTS PHARMACRAFT); | Hearing Date: June 25, 2019<br><br>Judge: Hon. Kathryn C. Ferguson, Chief Judge<br><br><br><br>**STATEMENT PURSUANT TO FED. R. BANKR. P. 9027(e)(3)** |

1

**GSK CONSUMER HEALTH, INC.,** sued individually and as successor-in-interest to NOVARTIS CONSUMER HEALTH, INC.;

**PREMIER BRANDS OF AMERICA INC.;**

**DAVION, INC.;**

**THORNTON INDUSTRIES, INC.;**

**JOHN DOE CORPORATIONS 1-50** (fictitious);

**AVENTIS INC.;**

**BARRETTS MINERALS INC.;**

**FISONS CORPORATION;**

**NOVARTIS CORPORATION** (sued individually and as successor-in-interest to CIBA- GEIGY CORPORATION and its subsidiaries CIBA CONSUMER PHARMACEUTICALS and CIBA SELF-MEDICATION, INC.);

**PFIZER INC.;**

**SANOFI-AVENTIS U.S. LLC** (sued individually and as successor-by-merger to AVENTIS PHARMACEUTICALS INC.);

**SPECIALTY MINERALS INC.** (sued individually and as a subsidiary of MINERALS TECHNOLOGIES INC.),

Defendants.

Pursuant to Rule 9027(e)(3) of the Federal Rules of Bankruptcy Procedure, Plaintiff Tawana Floyd, individually and as Administrator and Administrator ad Prosequendum of the Estate of Robert Floyd, Deceased, and as Next Friend of John Doe, a Minor Child, ("Plaintiffs") and by and through theirs attorneys, Szaferman Lakind Blumstein & Blader, P.C. and Simon Greenstone Panatier, P.C., state as follows:

1. On May 4, 2019, the Defendants, Johnson & Johnson and Johnson & Johnson Consumer, Inc. (collectively "Johnson & Johnson") filed a Notice of Removal of an action Plaintiff's originally filed in the Superior Court of New Jersey, Middlesex County.

2. Plaintiffs were served with Johnson & Johnson's Notice of Removal on May 6, 2019 by electronic mail.

3. Plaintiffs deny that this proceeding is "core" pursuant to 28 U.S.C. § 157(b) as it relates to Plaintiffs' claims against Johnson & Johnson.

4. Even if the Court were to determine that Plaintiffs' claims against Johnson & Johnson are "core," such claims still require permissive abstention and remand under 28 U.S.C. § 1334(c)(1).

5. Plaintiffs' do not consent to the entry of final orders or judgments by the bankruptcy judge, except for an Order remanding this case to State Court.

Executed on May 23, 2019.

                              SZAFERMAN, LAKIND,
                              BLUMSTEIN & BLADER, P.C.
                              Attorneys for Plaintiffs

                              By: *s/ Arnold C. Lakind*
                              Arnold C. Lakind, Esq.